NUMBER 13-05-199-CV
 
COURT OF APPEALS
 
THIRTEENTH DISTRICT OF TEXAS
 
CORPUS CHRISTI - EDINBURG
               _______________________________________________________________ 

IN RE: BERT OGDEN MOTORS 
 
_____________________________________________________________ 
 
 On Petition for Writ of Mandamus 
______________________________________________________________ 
 
MEMORANDUM OPINION

Before Justices Rodriguez, Castillo and Garza
Per Curiam Memorandum Opinion

         Relator Bert Ogden Motors filed a petition for writ of mandamus in the above
cause on March 24, 2005. On March 30, 2005 the Court requested that real parties
in interest file a response to relator’s petition for writ of mandamus on or before April
11, 2005.
         The Court, having examined and fully considered the petition for writ of
mandamus and the response, is of the opinion that relators have not shown
themselves entitled to the relief sought and the petition for writ of mandamus should
be denied. See Tex. R. App. P. 52.8. The petition for writ of mandamus is DENIED.
                                                                                 PER CURIAM

Memorandum Opinion delivered and filed
this 5th day of April 2005.